2022-01116

Case 2:22-cv-03482-EEF-KWR   Document 1-1   Filed 09/26/22   Page 1 of 4

FILED
2022 FEB 07  P 04:55
CIVIL DISTRICT COURT

M
Section 13

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO:                                                                                         DIVISION " "

**JUAN TOLEDANO**

**VERSUS**

**WAL-MART STORES, INC. and JOHN DOE**

FILED:_____         _____
                                                                    **DEPUTY CLERK**

**PETITION FOR DAMAGES**

   **NOW INTO COURT**, through undersigned counsel, comes plaintiff, **JUAN TOLEDANO**, a person of the full age of majority and resident of Orleans Parish, and with respect states as follows:

1.

Made defendants herein are:

   a) **WAL-MART, INC.**, a foreign business entity authorized to do and doing business in the State of Louisiana, which at all times relevant herein had in operation Wal-Mart Store #3167 located at 4301 Chef Menteur Hwy., New Orleans, Louisiana, 70126.

   b) **JOHN DOE,** a person of the full age of majority and resident of the state of Louisiana who at all times relevant herein was in the course and scope of his duties and/or work for Defendant, **WAL-MART INC.**, when the accident occurred injuring Plaintiff, **JUAN TOLEDANO**.

2.

Defendant is jointly and severally liable unto your petitioner for this matter, to wit: The accident at issue herein occurred at Wal-Mart Store #3167 located at 4301 Chef Menteur Hwy., New Orleans, Louisiana, 70126, and defendant is justly and truly indebted to petitioner for said accident, in such amounts to be determined by this Court, together with legal interest from date of judicial demand and for the costs of these proceedings. At all times relevant hereto, Wal-Mart Store #3167 was owned and operated by **WAL-MART, INC.**

E-Filed                                                                                             **EXHIBIT A**

2022-01116
M
Section 13

Case 2:22-cv-03482-EEF-KWR   Document 1-1   Filed 09/26/22   Page 2 of 4

FILED
2022 FEB 07  P 04:55
CIVIL
DISTRICT COURT

3.

On or about February 10, 2021, petitioner, **JUAN TOLEDANO**, was an invited guest at defendant's property, the Wal-Mart Store #3167 located at 4301 Chef Menteur Hwy., New Orleans, Louisiana, 70126. While at defendant's property, petitioner was injured when he fell as a result of a hazardous and dangerous condition, located on the property owned by **WAL-MART, INC.** As a result of the hazardous and dangerous condition on the property, as well as the lack of any warning regarding same, **JUAN TOLEDANO** suffered severe injuries.

4.

Upon information and belief, at all material times hereto prior to and through the time of the February 10, 2021 accident at issue herein, defendant, **WAL-MART, INC.** was responsible for maintaining its passageways, aisles, and floors in a reasonably safe condition. The defendants failed to properly maintain the property free of defects and/or hazardous conditions and/or failed to properly warn plaintiff about said defects and/or hazardous conditions causing the accident at issue herein to **JUAN TOLEDANO**.

5.

Defendant, **WAL-MART, INC.** was the employer of Defendant, **JOHN DOE,** at the time of the February 10, 2021 accident at issue herein. **JOHN DOE** was in the course and scope of his employment when he failed to complete his job duties, keeping the aisles and walk ways clear from hazardous conditions.

6.

As a result of the foregoing and as per applicable Louisiana Law including, but not limited to, the Doctrines of Respondeat Superior, principal and agent, employer-employee, and/or master-servant, said **WAL-MART INC.** is a proper party-defendant, and to which the negligence and/or liability of Defendant, **JOHN DOE,** is attributable.

7.

The aforementioned accident was caused by the negligence of defendant, its agents and employees, including, but not limited to, the following actions and/or inactions, as well as the presence of the following non-exclusive list of defects within said premises at the time of the accident. Accordingly, defendant is liable to your petitioner pursuant to the provisions of La. C.C. Art. 2315 and/or 2317 and/or La. R.S. 9:2800.6:

    a)     Failure to respond to unsafe conditions upon the property;
    b)     Allowing the existence of unsafe conditions upon the property;

2022-01116

M
Section 13

Case 2:22-cv-03482-EEF-KWR   Document 1-1   Filed 09/26/22   Page 3 of 4

FILED
2022 FEB 07  P 04:55

CIVIL
DISTRICT COURT

c) Not properly maintaining the property (including the property's grounds);
d) Negligent supervision and/or maintenance of the property and its component parts;
e) Failing to warn visitors, guests and/or invitees about deficiencies in the property;
f) Failing to warn visitors, guests and/or invitees about hazards upon the property;
g) Failing to warn petitioner of the existence of the hazard at issue herein;
h) Failing to provide safe and/or adequate means of ingress or egress to the property at issue;
i) Not timely correcting and/or fixing the hazard at issue herein; and
j) These acts of negligence are pleaded specifically herein and are in addition to other acts of negligence which will be shown at the trial of this matter.

8.

Defendant, **WAL-MART, INC.** owned, had custody and had guard of the premises at issue, and knew and/or should have known about the aforementioned hazardous condition. As a result, defendant, **WAL-MART, INC.** is liable to your petitioner under the provisions of La. C.C. Art. 2317 and/or La. R.S. 9:2800.6.

9.

As a result of the February 10, 2021 accident, your petitioner has incurred medical expenses, pain and suffering, emotional distress and physical injuries.

10.

As a result of the February 10, 2021 accident at issue herein, **JUAN TOLEDANO** suffered serious physical and mental injuries as well as inconvenience, entitling him to recover damages against defendant, including but not limited to:

a) Past and future mental pain and suffering;
b) Past and future physical pain and suffering;
c) Past and future medical expenses;
d) Past and future inconvenience;
e) Past and future loss of enjoyment of life;
f) Lost wages;
g) Loss of earning capacity;
h) Permanent disability; and
i) All damages allowed under Louisiana law which may be proven at the trial of this matter.

**WHEREFORE**, petitioner prays that defendants, **WAL-MART, INC.** be served with a copy of this petition, that they be required to appear herein and answer same, that after all legal delays and after due proceedings that there be judgment rendered herein in favor of **JUAN TOLEDANO** and against defendant in the amount to be determined by this Court, along with legal interest from the date of judicial demand and for all costs of these proceedings.

E-Filed

2022-01116
Case 2:22-cv-03482-EEF-KWR  Document 1-1  Filed 09/26/22  Page 4 of 4
FILED
2022 FEB 07  P 04:55
CIVIL
DISTRICT COURT

M
Section 13

Respectfully submitted,

**IRPINO, AVIN & HAWKINS LAW FIRM**

_____
**ANTHONY D. IRPINO (#24727)**
**K. ADAM AVIN (#31025)**
**J. BENJAMIN AVIN (#34884)**
2216 Magazine Street
New Orleans, Louisiana 70130
Telephone:     (504) 525-1500
Facsimile:     (504) 525-1501
airpino@irpinolaw.com
aavin@irpinolaw.com
bavin@irpinolaw.com

**PLEASE SERVE:**

**WAL-MART INC.**
*Through their Registered Agent:*
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**JOHN DOE**
(HOLD SERVICE ON THIS DEFENDANT ONLY)

A TRUE COPY
Deputy Clerk Civil District Court
Parish of Orleans